UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASQUITH ROY TAFFE,

                Petitioner,

    -against-

ALBERTO GONZALES, Attorney General
of the United States,

                Respondent.
------------------------------------------------------------X

JUDGMENT
05-CV- 4834 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 31, 2006, dismissing petitioner's motion for a stay of his final order of deportation for lack of jurisdiction; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered dismissing petitioner's motion for a stay of his final order of deportation for lack of jurisdiction.

Dated: Brooklyn, New York
       February 03, 2006

ROBERT C. HEINEMANN
Clerk of Court